**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**GEORGE A. YARID,**

    Plaintiff,

v.                                                       Civil Case No. 3:17-cv-00484-JAG

**OCWEN LOAN SERVICING, LLC, et al.**

    Defendants.

## NOTICE OF SETTLEMENT

Defendants Ocwen Loan Servicing LLC ("Ocwen") and The Bank of New York Mellon, f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, N.A. as Trustee for NovaStar Mortgage Funding Trust, Series 2005-4, NovaStar Home Equity Asset-Backed Certificates, Series 2005-4 ("BONY"), by counsel, hereby notify the Court that Ocwen, BONY, and Plaintiff, *pro se,* have agreed to settle the matters at issue between them in the present action. This Notice of Settlement does not affect the matters pending against Equity Trustees, LLC. As a result, the parties will be submitting to the Court a Stipulation of Dismissal of this matter with prejudice.

Dated: August 1, 2018

Respectfully submitted,

OCWEN LOAN SERVICING, LLC and
THE BANK OF NEW YORK MELLON, F/K/A
THE BANK OF NEW YORK AS SUCCESSOR IN
INTEREST TO JPMORGAN CHASE BANK,
N.A. AS TRUSTEE FOR NOVASTAR
MORTGAGE FUNDING TRUST, SERIES 2005-
4, NOVASTAR HOME EQUITY ASSET-
BACKED CERTIFICATES, SERIES 2005-4

By: */s/* Allison Melton
                Of Counsel

Andrew B. Pittman (VA Bar No. 47295)
Allison Melton (VA Bar No. 75192)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
E-mail: andrew.pittman@troutmansanders.com
E-mail: allison.melton@troutmansanders.com
*Counsel for Defendants Ocwen Loan Servicing LLC and The Bank of New York Mellon, f/k/a the Bank of New York as successor in interest to JPMorgan Chase Bank, N.A. as Trustee for NovaStar Mortgage Funding Trust, Series 2005-4, NovaStar Home Equity Asset-Backed Certificates, Series 2005-4*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**GEORGE A. YARID,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**Civil Case No. 3:17-cv-00484-JAG**

**OCWEN LOAN SERVICING, LLC, et al.**

    **Defendants.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of August 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and a true and correct copy of the foregoing document was sent via Federal Express, to the following:

George A. Yarid
1307 Stoneycreek Drive
Henrico, Virginia 23238
*Pro Se Plaintiff*

Sarah Craig Dickson, Esq.
BWW Law Group, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA 23229
*Counsel for Equity Trustees, LLC*

    /s/ Allison Melton
    Allison Melton, VSB No. 75192
    TROUTMAN SANDERS LLP
    222 Central Park Avenue, Suite 2000
    Virginia Beach, VA  23462
    Telephone: (757) 687-7542
    Facsimile: (757) 687-7510
    Email: allison.melton@troutmansanders.com